IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | No. C 07-5980 MJJ (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| EBAY, INC, et al., | |
| Defendants. | |

Plaintiff, a California prisoner, filed this pro se civil rights action on November 27, 2007. On that same day, the Court notified plaintiff in writing that the action was deficient due to the failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. Along with this notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. Plaintiff was informed that if he did not either pay the filing fee or file a completed IFP application within thirty days, the case would be dismissed. No response has been received. As more than thirty days have passed and plaintiff has not completed the IFP application or paid the filing fee, as instructed by the Court, this action is DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 26, 2007

_____
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\CR.07\riches38.dfp.wpd