IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. RICHES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EBAY INC.,<br><br>　　　　Defendant.　　　　　　　　　／ | No. CV 07-05980 MJJ ,<br><br>**JUDGMENT IN A CIVIL CASE** |

　　( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS SO ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to submit a completed IFP application or payment of filing fee.

Dated: December 28, 2007　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Frank Justiliano
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk